IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

10 JUN 30 AM 8: 49

OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 8:09CR253 |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER RELEASING** |
| v. ) | **DEFENDANT FROM CUSTODY** |
| ) | |
| ENRICO ROMERO, ) | |
| ) | |
| Defendant. ) | |

The Defendant, Enrico Romero, by and through his attorney, Jessica P. Douglas, has filed a motion requesting release from custody on June 30, 2010 to attend residential treatment at the Siena/Francis House Miracles Program. U.S. Probation Officer Mike Tolley agrees to the Defendant's release.

Therefore, the Court finds that the Defendant shall be released on June 30, 2010 and transported by a member of the Federal Public Defender's Office to the Siena/Francis House. Further, the Court orders that if the Defendant attempts to leave the treatment program before completion, the Court be notified immediately.

DATED this 30 day of June, 2010.

BY THE COURT:

_____
HON. JOSEPH F. BATAILLON
United States District Court Judge